**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7890**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEROY W. WEST,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (CR-99-103, CA-01-252-2)

───────────

Submitted:  April 29, 2002          Decided:  June 10, 2002

───────────

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Leroy W. West, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy W. West seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] United States v. West, Nos. CR-99-103; CA-01-252-2 (E.D. Va. filed Sept. 7, 2001; entered Sept. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that even if West's claim under Apprendi v. New Jersey, 530 U.S. 466 (2000), is not precluded by the reasoning in United States v. Sanders, 247 F.3d 139 (4th Cir.), cert. denied, ___ U.S. ___, 122 S. Ct. 573 (2001), he has not shown cause for his failure to raise an Apprendi claim on direct appeal. See Sanders, 247 F.3d at 145-46. Thus, this claim is procedurally barred.